Chad R. Fears, Esq. (SBN 6970)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efstriallaw.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## LAS VEGAS, NEVADA

| | |
|---|---|
| HEATHER FARRELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and APPLE INC. dba APPLE CARD<br><br>　　　　Defendants. | Case No.: 2:21-cv-01761-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO FILE A RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Apple Inc. ("Apple") and Plaintiff Heather Farrell ("Plaintiff") (collectively "The Parties"), through their counsel, respectively submit the following Joint Stipulation and Order For Extension of Time For Defendant Apple Inc. to File a Responsive Pleading (First Request).  Plaintiff served Apple with the Summons and Complaint in this matter on October 4, 2021, with a responsive pleading deadline of October 25, 2021.  The Parties stipulate that the deadline for Apple's responsive pleading to Plaintiff's Complaint be extended from October 25, 2021, up to and including December 17, 2021.  This is to allow Apple additional time to thoroughly evaluate Plaintiff's Complaint, as well as to file a responsive pleading.  This request is made in good faith and not for any delay.  This is the first request for an extension of time to answer or otherwise respond to Plaintiff's Complaint.

/ / /

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Apple and
2  Plaintiff, through their respective counsel, that the time for Apple to file its responsive pleading to
3  Plaintiff's Complaint be extended from October 25, 2021 **up to and including December 17, 2021**.
4  Dated October 22, 2021.

**EVANS FEARS & SCHUTTERT LLP**           **FREEDOM LAW FIRM**

By: */s/ Chad R. Fears*                   By: */s/ Gerardo Avalos*
    Chad R. Fears, Esq. (SBN 6970)             Gerardo Avalos, Esq. (SBN 15171)
                                              George Haines, Esq. (SBN 9411)
*Attorneys for Defendant Apple Inc.*

Michael Kind, Esq. (SBN 13903)
**KIND LAW FIRM**

*Attorneys for Plaintiff Heather Farrell*

**IT IS SO ORDERED.**                     **ORDER**

                                                             DANIEL J. ALBREGTS
                                                             UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2021

CASE NO.: 2:21-CV-01761-JCM-DJA

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO FILE A RESPONSIVE PLEADING (FIRST REQUEST)** was served on counsel of record this 22nd day of October, 2021 using the Court's CM/ECF System.

                                               */s/ Faith Radford*
                                    An Employee of Evans Fears & Schuttert LLP