Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Goldman Sachs Bank USA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Heather Farrell,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., and Goldman Sachs Bank USA,<br><br>  Defendants. | Case No.   2:21-cv-01761-JCM-DJA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR GOLDMAN SACHS BANK USA TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT<br>(First Request) |

Defendant Goldman Sachs Bank USA ("GS") and Plaintiff Heather Farrell stipulate as follows:

1. The operative deadline for GS to respond to Farrell's Amended Complaint is February 15, 2022. ECF Nos. 17, 18.

2. GS has requested, and Farrell has agreed to, an extension of this deadline up to and including March 17, 2022, to provide additional time for the parties to discuss resolution of Farrell's claims against GS.

3. The parties agree that there is good cause for this extension.

*[Continued on following page.]*

4. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: February 14, 2022.

| | |
|---|---|
| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>(702) 471-7000<br>(702) 471-7070 (fax)<br>tasca@ballardspahr.com<br>chavezd@ballardspahr.com | By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave, Suite 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554<br>(702) 385-5518 (fax)<br>Ghaines@freedomlegalteam.com<br>Gavalos@freedomlegalteam.com |
| *Attorneys for Defendant*<br>*Goldman Sachs Bank USA* | *Attorneys for Plaintiff Heather Farrell* |

### Order

On the basis of good cause, IT IS ORDERED that the deadline for Defendant Goldman Sachs Bank USA to respond to Plaintiff Heather Farrell's Amended Complaint is extended up to and including March 17, 2022.

_____
United States Magistrate Judge

Dated: February 15, 2022

2