George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Heather Farrell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Heather Farrell,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.;<br>and Goldman Sachs Bank USA,<br><br>　　　　　　Defendant(s). | Case No.: 2:21-cv-01761-JCM-DJA<br><br>**Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Heather Farrell and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

STIPULATION　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 15, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Heather Farrell*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612

**NAYLOR & BRASTER**

/s/ Jennifer Braster
Jennifer Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: March 17, 2022